**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 15-6474**

WILFREDO ANDUJAR,

                Petitioner - Appellant,

      v.

KENNY ATKINSON,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-hc-02126-FL)

Submitted:  May 30, 2017                         Decided:  June 12, 2017

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wilfredo Andujar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilfredo Andujar, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant Andujar leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Andujar v. Atkinson*, No. 5:14-hc-02126-FL (E.D.N.C. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*